## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| United of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Todd Christopher Zastoupil, ) | Case No. 1:04-cr-076 |
| ) | |
| Defendant. ) | |

_____

On July 2, 2007, Defendant, Todd Christopher Zastoupil ("Zastoupil") filed a Motion for Release of Documents. The court granted Zastoupil's motion in part and directed the Clerk's office to provide him with a copy of the case file excluding all documents filed under seal.

In November 2007, Zastoupil filed a second Motion for Release of Documents. He requests copies of his trial and sentencing transcripts (which were filed under seal). He also requests a transcript of grand jury testimony.

Zastoupil's request for a transcript of grand jury testimony is denied as he has not shown a "particularized need" for such material. See United States v. Abusaid, No. 07-12125, 2007 WL 4165940 at * 1-2 (11th Cir. Nov. 27, 2007). However, the court is inclined to grant Zastoupil's request as it pertains to transcripts of his trial and sentencing.

Accordingly, Zastoupil's second Motion for Release of Documents is **GRANTED IN PART**. The Clerk's Office is directed to provide Zastoupil with copies of the sealed trial and sentencing transcripts.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge